UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SEVEN C'S PROPERTIES, LLC; ET AL. | : | CIVIL ACTION NO. 2:18-cv-0804 |
| VERSUS | : | JUDGE JAMES |
| KINETICA ENERGY EXPRESS, LLC; ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 29] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Remand [doc. 14] be **GRANTED**, that the Motion for Attorney Fees [*id.*] be **DENIED**, and that the matter be remanded to the 38th Judicial District Court, Cameron Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 7th day of May, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE